1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00226 DAD-BAM |
|---|---|
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
13 | v. | |
14 | ESTELO CHAIDEZ-LEON, ET. AL. | Date: March 28, 2016 |
15 | Defendant. | Time: 1:00 p.m.<br>Honorable Barbara A. McAuliffe |

16

17     The United States of America, by and through BENJAMIN B. WAGNER, United States

18  Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by

19  and through their respective attorneys of record, hereby stipulate to continue the status hearing of the

20  above-referenced case from March 28, 2016 until May 9, 2016 at 1:00 p.m.

21     The basis for this continuance is as follows:  Counsel are still reviewing discovery and additional

22  time is needed for investigation.

23     As the requested date represents the earliest date that all counsel are available, taking into

24  account their schedules and commitments to other clients, and the need for preparation in the case and

25  further investigation, the parties request that time be excluded to and through the date of March 28, 2016

26  through May 9, 2016, in that failure to grant the requested continuance would unreasonably deny the

27  defendants continuity of counsel, and unreasonably deny both the defendants and the government the

28  reasonable time necessary for effective preparation, taking into account the parties' due diligence in

prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: January 28, 2016   BENJAMIN B. WAGNER
United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated:  January 26, 2016   /s/ *JeromePrice and Megan Hopkins*
Attorneys for Defendant Estelo Chaidez-Leon

Dated:  January 26, 2016   /s/ *Daniel L. Harrelson*
Attorney for Defendant Pedro Olguin-Leon

Dated:  January 26, 2016   /s/ *Katherine Louise Hart*
Attorney for Defendant Leonor Sarabia

Dated:  January 26, 2016   /s/ *Mark W. Coleman*
Attorneys for Defendant Joseph Phillip Mar

Dated:  January 26, 2016   /s/ *Peter Michael Jones*
Attorneys for Defendant Victor Perez Virgen

ORDER

IT IS SO ORDERED THAT the 6th and 5th Status Conference for the above named defendants is being continued from March 28, 2016 to May 9, 2016 at 1:00PM before Judge McAuliffe.

IT IS FURTHER ORDERED THAT the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must

commence, the time period of March 28, 2016 to May 9, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 28, 2016**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE