PHILLIP A. TALBERT
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ESTELO CHAIDEZ-LEON, ET. AL.<br><br>　　　　　　　Defendant. | **CASE NO. 1:14-CR-00226 DAD-BAM**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ~~PROPOSED~~ ORDER THEREON**<br><br>Date: July 25, 2016<br>Time: 1:00 p.m.<br>Honorable Barbara A. McAuliffe |

　　　The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby stipulate to continue the status hearing of the above-referenced case from July 25, 2016 until September 26, 2016 at 1:00 p.m.

　　　The basis for this continuance is as follows:  Counsel are still reviewing discovery and additional time is needed for investigation.  In addition, a motion to suppress is still pending before the Honorable Dale A. Drozd and resolution of such motion is necessary before meeting for another status conference.

　　　As the requested date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and the need for preparation in the case and further investigation, the parties request that time be excluded to and through the date of September 26, 2016, in that failure to grant the requested continuance would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable

1  time necessary for effective preparation, taking into account the parties' due diligence in prosecuting
2  this case.  18 U.S.C. Section 3161(h)(7)(B)(iv).  Based on the above-stated findings, the ends of justice
3  served by continuing the case as requested outweigh the interest of the public and the defendant in a trial
4  within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court
5  exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: July 21, 2016                              PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                                   /s/ *Kathleen A. Servatius*
                                                  KATHLEEN A. SERVATIUS
                                                  Assistant United States Attorney


Dated:  July 21, 2016                             /s/ *JeromePrice and Megan Hopkins*
                                                  Attorneys for Defendant Estelo Chaidez-Leon


Dated:  July 21, 2016                             /s/ *Daniel L. Harrelson*
                                                  Attorney for Defendant Pedro Olguin-Leon


Dated:  July 21, 2016                             /s/ *Marshall E. Hodgkins*
                                                  Attorney for Defendant Leonor Sarabia


Dated:  July 20, 2016                             /s/ *Mark W. Coleman*
                                                  Attorneys for Defendant Joseph Phillip Mar


Dated:  July 20, 2016                             /s/ *Peter Michael Jones*
                                                  Attorneys for Defendant Victor Perez Virgen


## ORDER

IT IS SO ORDERED THAT the 7th Status Conference is continued from July 25, 2016 to Monday, September 26, 2016 at 1:00 PM before Judge McAuliffe
.

IT IS FURTHER ORDERED THAT the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of

1 computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must
2 commence, the time period of March 28, 2016 to May 9, 2016, inclusive, is deemed excludable pursuant
3 to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court
4 at the parties' request on the basis of the Court's finding that the ends of justice served by taking such
5 action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **July 21, 2016**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE