1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   MEGAN T. HOPKINS, Bar #294141
    Assistant Federal Defenders
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    ESTELO CHAIDEZ-LEON

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.  1:14-cr-00226-DAD-BAM-1
                                      )
12                  Plaintiff,        )   STIPULATION AND ORDER TO VACATE
                                      )   TRIAL DATE AND SET CHANGE OF PLEA
13   vs.                              )   HEARING
                                      )
14   ESTELO CHAIDEZ-LEON,             )   Date:   January 17, 2017
                                      )   Time:  10:00 a.m.
15                  Defendant.        )   Judge: Hon. Dale A. Drozd
                                      )
16   _____      )

17

18        **IT IS HEREBY STIPULATED** by and between the parties through their respective

19   counsel, Assistant United States Attorney, Kathleen A. Servatius, counsel for the plaintiff, and

20   Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Estelo Chaidez-Leon, that

21   the matter be set for a change of plea hearing on January 17, 2017, at 10:00 a.m., before

22   Honorable Dale A. Drozd.  The parties further stipulate that the trial currently scheduled to begin

23   on November 7, 2017, at 1:00 p.m. be vacated as to defendant Estelo Chaidez-Leon.

24   ///

25   ///

26   ///

27   ///

28   ///

1    The parties have reached a resolution in this case and a plea agreement will be filed with

2    the court.

3                                             Respectfully submitted,

4                                             PHILLIP A. TALBERT
                                              United States Attorney
5

6    Date:  January 3, 2017                   /s/ Kathleen A. Servatius
                                              KATHLEEN A. SERVATIUS
7                                             Assistant United States Attorney
                                              Attorney for Plaintiff
8

9                                             HEATHER E. WILLIAMS
                                              Federal Defender
10

11   Date:  January 3, 2017                   /s/ Megan T. Hopkins
                                              MEGAN T. HOPKINS
12                                            Assistant Federal Defender
                                              Attorney for Defendant
13                                            Estelo Chaidez-Leon

14

15                                   **O R D E R**

16          The Court has reviewed and considered the stipulation of the parties to vacate the trial

17   and set a change of plea hearing in this case.  Good cause appearing, the trial currently scheduled

18   to begin on November 7, 2017, is vacated as to defendant Estelo Chaidez-Leon only and the

19   matter is set for a change of plea hearing on January 17, 2017, at 10:00 a.m. in Courtroom 5

20   before District Judge Dale A. Drozd.

21

     IT IS SO ORDERED.
22

23       Dated:  **January 4, 2017**          _____
                                              UNITED STATES DISTRICT JUDGE
24

25

26

27

28