HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ESTELO CHAIDEZ-LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00226-DAD-BAM-1 |
| *Plaintiff*, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| ESTELO CHAIDEZ-LEON, | |
| *Defendant*. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender, Megan T. Hopkins, Counsel for Defendant Estelo Chaidez-Leon, that **the sentencing hearing set for April 3, 2017 at 10:00 a.m., may be continued to May 1, 2017 at 10:00 a.m.**

The reason for the continuance is to permit Defense Counsel to respond to the Government's informal objections and request a revised final Presentence Investigation Report, and to give sufficient time for both parties to file sentencing memoranda and formal objections, as necessary.  In this case, the Government was delayed in filing their informal objections for more than one week, which significantly reduced the amount of time Defense Counsel had to respond to those objections prior to a final report being filed.  Additionally, the final report was filed one business day prior to the current deadline for formal objections and sentencing

1  memoranda.  As a result, the parties are unable to adequately address the sentencing issues that
2  have been identified, and require additional time to do so.
3      The parties agree that additional time is needed for adequate preparation for sentencing
4  and a full discussion of the issues, and therefore request that the matter be continued for
5  sentencing on May 1, 2017 at 10:00 a.m.

7  Dated:  March 20, 2017            PHILLIP A. TALBERT
                                     United States Attorney

9                                    */s/ Kathleen Servatius*
                                     KATHLEEN SERVATIUS
10                                   Assistant United States Attorney
                                     Attorney for Plaintiff

13 Dated:  March 20, 2017            HEATHER E. WILLIAMS
                                     Federal Defender

15                                   */s/ Megan T. Hopkins*
                                     MEGAN T. HOPKINS
16                                   Assistant Federal Defender
                                     Attorney for Defendant
17                                   ESTELO CHAIDEZ-LEON

19                **O R D E R**

20     The Court has reviewed and considered the stipulation of the parties to continue the
21 sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named
22 defendant currently scheduled for April 3, 2017, is continued until May 1, 2017, at 10:00 a.m. in
23 Courtroom 5 before District Judge Dale A. Drozd.

24 IT IS SO ORDERED.

26    Dated:  **March 20, 2017**                    _____
                                                    UNITED STATES DISTRICT JUDGE

-2-