HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ESTELO CHAIDEZ-LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-0226 DAD |
| Plaintiff, | **MOTION TO WITHDRAW DEFENDANT'S MOTION TO ENFORCE PLEA AGREEMENT AND VACATE MOTION HEARING SET FOR 4/17/2017; ORDER** |
| vs. | |
| ESTELO CHAIDEZ-LEON, | Date: May 1, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |
| Defendant. | |

**TO: PHILLIP A. TALBERT, ACTING UNITED STATES ATTORNEY, AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

Defendant Estelo Chaidez-Leon, through his counsel of record, Megan T. Hopkins, Assistant Federal Defender, hereby requests of this court to withdraw the Motion to Enforce Plea Agreement and Strike Final PSR filed on March 27, 2017, [court docket No. 97], and to vacate the motion hearing currently scheduled for April 17, 2017, at 10:00 a.m.

In light of the latest revisions to the Final PSR, Mr. Chaidez-Leon is prepared to move forward with sentencing on May 1, 2017 and intends to file formal objections and sentencing memoranda in accordance with the schedule set forth in the local rules.

///

///

CHAIDEZ-LEON / Motion to Withdraw Motion
to Enforce Plea Agreement and Strike Final PSR -1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 14, 2017

/s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Counsel for Defendant
ESTELO CHAIDEZ-LEON

**ORDER**

**IT IS HEREBY ORDERED** that the Motion to Enforce Plea Agreement filed on March 27, 2017, [court docket No. 97] is withdrawn and the April 17, 2017, motion hearing is vacated. This case remains scheduled for a sentencing hearing on May 1, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **April 14, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE